# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Beverly Johnson, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Tom Benz, et. al., | ) |
| | ) Case No. 1:15-cv-119 |
| Defendants. | ) |

Before the court is a motion for attorney Charles Warren Rowe to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Charles Warren Rowe has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 3) is **GRANTED**. Attorney Charles Warren Rowe is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2015.

                                                   */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr.
                                                 United States Magistrate Judge